Electronically Filed - St Louis County - October 04, 2021 - 04:08 PM

**21SL-CC04681**

CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI
TWENTY-FIRST JUDICIAL CIRCUIT

| | | |
|---|---|---|
| PINNACLE IMPORTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHARE A SPLASH WINE CO., LLC,<br><br>Serve: Registered Agent<br>Yoav Gilat<br>1425 Saxon Way<br>Menlo Park, CA 94025<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: ____________<br>Division No. ___________ |

**PETITION FOR DAMAGES**

Plaintiff Pinnacle Imports, LLC ("Plaintiff" or "Pinnacle"), by and through its undersigned attorneys, brings this action against Defendant SHARE A SPLASH Wine Co., LLC ("Defendant" or "Splash"), and states as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Plaintiff is a Missouri limited liability corporation with its headquarters and principal place of business located in the State of Missouri.

2. Defendant is a limited liability corporation formed in the State of California with its principal place of business in California.

3. This Court has personal jurisdiction over Defendant because Plaintiff has submitted to the jurisdiction of this Court by transacting business in the State of Missouri. Mo. Rev. Stat. § 506.500.

Electronically Filed - St Louis County - October 04, 2021 - 04:08 PM

4. Venue is proper in this Court pursuant to Mo. Rev. Stat. § 508.010(4) because Defendant is a nonresident of the state of Missouri.

5. This matter is properly before the Circuit Court pursuant to Mo. Rev. Stat. § 478.070.

## FACTS COMMON TO ALL COUNTS

6. Pinnacle is a wholesaler licensed in the state of Missouri to sell intoxicating liquor to retailers and restaurants.

7. For approximately ten years, Pinnacle has served as the exclusive Missouri distributor of three of Splash's brands: Angels & Cowboys, Cannonball and High Dive (the "Splash Brands").

8. From the outset of their relationship, Pinnacle and Splash entered into an oral agreement setting forth the understanding of their expectations of one another and the terms of their business relationship.

9. As a franchise relationship, the parties understood that the relationship between them could be terminated by Splash only for good cause in accordance with the Missouri Franchise Act ("MFA"). Mo. Rev. Stat. § 407.413.

10. Splash granted to Pinnacle a license to use its trade names, trademarks, or related characteristics in order to promote the Splash Brands.

11. Pinnacle used that license in order to market, promote, and sell the Splash Brands across Missouri.

Electronically Filed - St Louis County - October 04, 2021 - 04:08 PM

12. For instance, among other examples, Pinnacle sponsored events and tastings for retailers and restaurants in the Missouri market to promote the Splash Brands. Pinnacle also created and produced marketing and promotional pamphlets and guides showcasing the Splash Brands.

13. Pinnacle's sales teams promoted the Splash Brands with retailers and restaurants across Missouri, expending significant time and resources to build the Splash Brand's presence in the market.

14. After years of successfully building, promoting, and selling the Splash Brands in the Missouri Market, William Kniep, President of Pinnacle, received a call on February 2, 2021 from Jennifer McKeough, Vice President of Sales for Splash.

15. On this February 2, 2021 call, Ms. McKeough informed Mr. Kniep that Splash intended to terminate its relationship with Pinnacle and move the Splash Brands portfolio to another wholesaler in Missouri.

16. On March 30, 2021, Mr. Kniep received correspondence from counsel for Splash notifying Pinnacle that Splash intended to terminate its relationship with Pinnacle as of June 30, 2021.

17. The March 30, 2021 correspondence to Pinnacle stated that it was Splash's intent to withdraw the Splash Brands from the Missouri market entirely.

18. On July 7, 2021, USA Wine West, LLC, a third-party, unrelated entity that provides compliance and fulfillment services for Splash, sent a letter to the Missouri Department of Public Safety's Division of Liquor Control (the "Division"), copying Mr. Kniep.

19. This July 7, 2021 correspondence informed the Division that Splash was terminating the distributorship relationship with Pinnacle for the Splash Brands, and appointed A. Bommarito Wines as the exclusive distributor for the Splash Brands in Missouri.

Electronically Filed - St Louis County - October 04, 2021 - 04:08 PM

20. The correspondence indicated that the changes would take effect on June 30, 2021.

21. Despite Pinnacle's efforts to reach a resolution with Splash to continue their business relationship, the termination of the distributorship took effect on June 30th.

**COUNT I**
**Violation of Missouri Franchise Act (Mo. Rev. Stat. § 407.413)**

22. Pinnacle reasserts and realleges the allegations set forth in Paragraphs 1 through 21 of its Petition as though fully set forth herein.

23. Splash and Pinnacle's relationship constituted a "franchise" under Section 407.400 of the Missouri Revised Statutes.

24. Splash sent a letter to Pinnacle on March 30, 2021 purporting to terminate the franchise relationship between Splash and Pinnacle.

25. Splash violated Section 407.413 of the Missouri Revised Statutes by unilaterally terminating its franchise relationship with Pinnacle without first establishing good cause for such termination.

26. Pursuant to Section 407.413 of the Missouri Revised Statutes, a wholesaler may "bring an action in a court of competent jurisdiction against a supplier for violation of any of the provisions of this section and may recover damages sustained by such wholesaler together with the costs of the action and reasonable attorney's fees."

27. As a result of Splash's termination of the franchise relationship without good cause, Pinnacle has sustained damages in excess of $25,000.00.

WHEREFORE, Plaintiff prays this Court enter judgment in its favor on Count I, awarding Pinnacle damages in excess of $25,000.00; awarding prejudgment and post-judgment interest; granting Pinnacle its costs, including reasonable attorneys' fees; and awarding other such and further relief as this Court deems just and proper.

Electronically Filed - St Louis County - October 04, 2021 - 04:08 PM

**COUNT II**
**Breach of Contract**

28. Pinnacle reasserts and realleges the allegations set forth in Paragraphs 1 through 27 of its Petition as though fully set forth herein.

29. At the beginning of their business relationship, Pinnacle and Splash entered into an oral agreement setting forth the terms and conditions of their working relationship.

30. The oral agreement between Pinnacle and Splash included the understanding that the relationship could be terminated only for good cause.

31. This agreement was supported by adequate consideration.

32. Pinnacle has materially performed its obligations pursuant to the agreement between the parties.

33. Splash has breached the terms of the agreement between the parties by unilaterally terminating the business relationship between the parties without good cause.

34. Pinnacle has suffered damages in amounts in excess of $25,000.00 as a result of Splash's breach.

WHEREFORE, Plaintiff prays this Court enter judgment in its favor on Count II, awarding Pinnacle damages in excess of $25,000.00; awarding prejudgment and post-judgment interest; granting Pinnacle its costs, including reasonable attorneys' fees; and awarding other such and further relief as this Court deems just and proper.

**COUNT III**
**Breach of the Covenant of Good Faith and Fair Dealing**

35. Pinnacle reasserts and realleges the allegations set forth in Paragraphs 1 through 34 of its Petition as though fully set forth herein.

Electronically Filed - St Louis County - October 04, 2021 - 04:08 PM

36. Under Missouri law, a duty of good faith and fair dealing is implied in every contract.

37. At the beginning of their business relationship, Pinnacle and Splash entered into an oral agreement setting forth the terms and conditions of their working relationship.

38. The oral agreement between Pinnacle and Splash included the understanding that the relationship could be terminated only for good cause.

39. This agreement was supported by adequate consideration.

40. Pinnacle has materially performed its obligations pursuant to the agreement between the parties.

41. Splash has breached the covenant of good faith and fair dealing by unilaterally terminating the business relationship between the parties without good cause.

42. Pinnacle has suffered damages in amounts in excess of $25,000.00 as a result of Splash's breach.

WHEREFORE, Plaintiff prays this Court enter judgment in its favor on Count III, awarding Pinnacle damages in excess of $25,000.00; awarding prejudgment and post-judgment interest; granting Pinnacle its costs, including reasonable attorneys' fees; and awarding other such and further relief as this Court deems just and proper.

**COUNT IV**
**Recoupment**

43. Pinnacle reasserts and realleges the allegations set forth in Paragraphs 1 through 42 of its Petition as though fully set forth herein.

44. Pinnacle relied upon the terms of the parties' agreement related to Pinnacle's and Splash's business relationship.

Electronically Filed - St Louis County - October 04, 2021 - 04:08 PM

45. Relying on the agreement between the parties, Pinnacle incurred expense and dedicated time, resources, and labor to the marketing and distribution of the Splash Brands.

46. Accordingly, the Court should require Splash to compensate Pinnacle in an amount adequate to recoup Pinnacle's expense, time and labor incurred on behalf of Splash.

WHEREFORE, Plaintiff Pinnacle Imports, LLC prays this Court enter judgment against Defendant SHARE A SPLASH Wine Co., LLC and in its favor, together with interest as provided by law from the date of judgment, and for its costs, including reasonable attorneys' fees, and awarding other such and further relief as this Court deems just and proper.

Respectfully submitted,

POLSINELLI PC

By: /s/ *Jon A. Bierman*

Jon A. Bierman
Sara J. Robertson
100 S. Fourth St., Suite 1000
St. Louis, MO 63102
jbierman@polsinelli.com
srobertson@polsinelli.com

ATTORNEYS FOR PLAINTIFF
PINNACLE IMPORTS, LLC